UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                               CASE NO: 2:15-MJ-1014-FtM-CM

STEVEN WILLIAM CHASE

_____

### ORDER APPOINTING COUNSEL

This Court has determined that the above-named defendant is entitled to adequate representation of counsel pursuant to Rule 5(c)(2)(A) of the Federal Rules of Criminal Procedure in the above-styled case. Accordingly, the Court makes the following appointment:

APPOINTMENT OF COUNSEL

- The Federal Public Defender is appointed as counsel for the Defendant.

TYPE OF APPOINTMENT

- Rule 5(c)(2)(A) Proceedings

**DONE AND ORDERED** at Fort Myers, Florida, this 20th of day of February, 2015.

CAROL MIRANDO
United States Magistrate Judge

Copies furnished to:
Counsel of Record