**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

**UNITED STATES OF AMERICA**

v.  Case No. 2:15-MJ-1014-FtM-CM

**STEVEN WILLIAM CHASE**

_____/

## NOTICE OF APPEARANCE

The Office of the Federal Defender has been appointed by the Court to represent the Defendant, **STEVEN WILLIAM CHASE**, in the above-styled cause.

The Clerk is requested to enter the appearance of **Martin DerOvanesian**, Assistant Federal Defender, as counsel for the Defendant pursuant to this appointment.

DONNA LEE ELM
FEDERAL DEFENDER

By:/s/Martin DerOvanesian
    Martin DerOvanesian
    Florida Bar No. 0288268
    Assistant Federal Defender
    1514 Broadway, Suite 301
    Ft. Myers, Florida 33901
    Telephone: 239-334-0397/Fax: 239-334-4109

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **February 23, 2015,** the foregoing was electronically filed with the Clerk of Court and a copy will be sent electronically to, **Tama Caldarone** Assistant United States Attorney, 2110 First Street, Fort Myers, FL 33901.

/s/ Martin DerOvanesian
Martin DerOvanesian
Assistant Federal Defender