UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA                    Case No:2:15-MJ-1014CM

v.                                          Charging District Case No:
                                            5:15CR15
STEVEN CHASE

_____

FINDINGS AND ORDER ON REMOVAL PROCEEDINGS
PURSUANT TO RULE 5(c), FED.R.CRIM.P.

The Defendant, having been arrested and presented before me for removal proceedings pursuant to Rule 5(c), Federal Rules of Criminal Procedure, and having been informed of the rights specified in Rule 5(c) thereof, and of the provisions of Rule 20, Federal Rules of Criminal Procedure, the following has occurred of record.

> An Initial Appearance on the Rule 5(c) on the Indictment from the Western District of North Carolina was held on February 19, 2015. Defendant requested Court appointed counsel. An identity hearing and detention proceedings were held on February 24, 2015, wherein the Court found the defendant to be the person charged in the Indictment.

Accordingly, it is hereby

ORDERED:

The Court finds the defendant to be a risk of flight and a danger to the community. The Defendant is to be held to answer and have all remaining hearings in the District Court in which the prosecution is pending.

COMMITMENT TO ANOTHER DISTRICT FOR DETAINED DEFENDANT

The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States

marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled.

    DONE and ORDERED  in Fort Myers, Florida, this 24thth day of February, 2015

                                                           *[signature]*
                                                           DOUGLAS N. FRAZIER
                                                           UNITED STATES MAGISTRATE JUDGE

Copies:

U. S. Marshal (3 certified)